UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50048 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| CALEB WAYNE COOK, | |
| Defendant. | |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On or about September 25, 2016, through December 13, 2021, the defendant, Caleb Cook, knowingly received images of child pornography using a Dropbox account connected to the internet and various electronic devices that contained components manufactured outside the state of South Dakota and which were connected to the internet.

The defendant came to the attention of local law enforcement after the National Center for Missing and Exploited Children (NCMEC) referred a CyberTip submitted by Dropbox to the South Dakota Internet Crimes Against Children (ICAC) Unit. The CyberTip contained two images of child pornography and 65 videos. The images were associated with an IP address later identified as

belonging to the defendant's father. The defendant lived at home with his parents and brother.

ICAC agents executed a search warrant on the defendant's Dropbox account, which was associated with the original NCMEC CyberTip. In the account agents located 16 images of child pornography and 303 videos depicting child pornography, totalling over 22 hours in length. In those files were depictions of sadism and masochism, penetration of children under the age of twelve, and involved the abuse of infants/toddlers.

On December 13, 2021, ICAC agents executed a state search warrant on the defendant's home in Summerset, South Dakota, and seized multiple devices. When interviewed by ICAC agents, the defendant verified only his family members accessed the Wi-Fi account connected with the IP address associated with the CyberTip. The defendant also identified which electronic devices in the home were his. Those devices were seized by ICAC agents.

The defendant's devices were forensically examined. On four of the defendant's devices, examiners located 199 images of child pornography and 15 videos. Some of the images depicted infants and toddlers, and bondage. Another device did not contain any images of child pornography but contained an image of an infant being held over a sink with water running through his or her mouth, and the words "cleaning out the sex toy" written on the image. When the defendant was interviewed by ICAC agents on December 13, 2021, he admitted

knowingly receiving and sending links to files containing child pornography over the internet within the prior two months.

All images depicting child pornography on the defendant's devices were received via the internet and possessed on devices manufactured outside of the District of South Dakota.

ALISON J. RAMSDELL
United States Attorney

__1-3-2023__
Date

HEATHER SAZAMA
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Heather.Sazama@usdoj.gov

__12.16.22__
Date

Caleb Cook
Defendant

__12.15.22__
Date

Ellery Grey
Attorney for Defendant

3